UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/10

------------------------------------ X
                                     :
ASTRA AKTIEBOLAG, AKTIEBOLAGET        :
HÄSSLE, KBI-E, INC., KBI, INC.,       :        99 Civ. 8926
ASTRAZENECA LP,                       :        99 Civ. 9887
                                     :
                    Plaintiffs,      :        **Order**
                                     :
          v.                         :        M-21-81 (BSJ)
                                     :        MDL Docket No. 1291
ANDRX PHARMACEUTICALS, INC.,          :
                                     :
                    Defendant.       :
----------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On February 16, 2010, Defendant Andrx Pharmaceuticals, Inc.

("Andrx") filed a motion to reargue or for reconsideration of

the Court's February 2, 2010 decision, which granted Plaintiffs

Astra Aktiebolag, Aktiebolaget Hässle, KBI-E, Inc., KBI, Inc.,

and Astrazeneca LP KBI-E, INC., KBI, INC. and Astrazeneca LP's

motion to supplement and denied Andrx's counterclaim motion and

Andrx's willfulness motion.

Reargument or reconsideration is warranted where a court

has overlooked matters or controlling decisions which, had they

been considered, might reasonably have altered the result, or

where relief is warranted to correct a clear error or to prevent

manifest injustice.  See Local Rule 6.3; see also Shrader v. CSX

Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).  "The standard

for granting such a motion is strict, and reconsideration will

generally be denied unless the moving party can point to controlling decisions or data that the court overlooked-- matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."  Id.  After reviewing the parties' submissions, the Court finds that it has not overlooked any controlling decision or other matters that might alter its decision.

Therefore, Andrx's motion to reargue or for reconsideration of the Court's February 2, 2010 decision is DENIED.


**SO ORDERED:**


Barbara S. Jones
UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
           April 5, 2010

2