```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ASTRA AKTIEBOLAG, et al.,                :
                                         :
                Plaintiffs,              :
                                         :    99 Civ. 9887 (DLC)
        -v-                              :
                                         :         ORDER
ANDRX PHAMACEUTICALs, Inc., et al.,      :
                                         :
                Defendants.              :
---------------------------------------- X
```

On March 8, 2013, defendant Andrx Pharmaceuticals, Inc., filed a motion for summary judgment on damages. It is hereby

ORDERED that plaintiffs' opposition be served by **March 29, 2013.**

IT IS FURTHER ORDERED that any reply be served by **April 5, 2013.**

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         March 12, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge